UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:13-00110 |
| | ) | JUDGE CAMPBELL |
| JESUS ARAGON | ) | |

## ORDER

The Court held a status conference in this case on December 2, 2013. At the conference, the Defendant requested that the Court reschedule the Pretrial Conference/Change of Plea Hearing from December 30, 2013 to December 23, 2013. The Government did not object to the request.

The request is GRANTED. Accordingly, the Pretrial Conference/Change of Plea Hearing in this case is RESCHEDULED for December 23, 2013, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE